# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ENRIQUE AGUIRRE MEDINA (1);<br>MARRK ANTHONY VARGAS (2),<br><br>Defendants. | Case No.: 23-cr-1032-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On August 21, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 25, 2023 to October 20, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 43] and sets the Motion Hearing/Trial Setting on October 20, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

Further, on June 9, 2023, Defendant Jesus Enrique Aguirre Medina filed a pretrial motion that remains pending. Co-Defendant Marrk Anthony Vargas also filed a pretrial motion that remains pending. Accordingly, the Court finds that time from June 9, 2023 to October 20, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the Co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 8/23/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

23-cr-1032-JO